# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1701

_____

Johnny Lee Sanders, Jr.,               *
                                       *
              Appellant,               *    Appeal from the United States
                                       *    District Court for the Eastern
        v.                             *    District of Arkansas.
                                       *
Cole Jeter, Warden, FCI - Forrest City, *        [UNPUBLISHED]
                                       *
              Appellee.                *

_____

Submitted: October 22, 2004
    Filed: October 25, 2004

_____

Before MURPHY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Federal inmate Johnny Lee Sanders, Jr., appeals the district court's[*] order dismissing Sanders's 28 U.S.C. § 2241 petition. Having carefully reviewed the record, we agree with the district court that Sanders's due process rights were not violated. See Moody v. Daggett, 429 U.S. 78, 86-89 (1976). We affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[*]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.